**STATE of Missouri, Respondent,**

v.

**Raymond Eugene CALHOON, Appellant.**

**No. WD 48113.**

Missouri Court of Appeals, Western District.

Feb. 22, 1994.

Allan D. Seidel, Trenton, for appellant.

Michael D. Arnold, Pros. Atty., Daviess Gallatin, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of driving while intoxicated, § 577.010, RSMo 1986, and from sentence of ten days' confinement.

Judgment affirmed pursuant to Rule 30.-25(b).

**In the Interest of J.L.B., a minor, Plaintiff.**

**K.K.B., Adoptive Mother, Respondent,**

v.

**S.G.G., Maternal Grandmother, Appellant.**

**No. WD 47946.**

Missouri Court of Appeals, Western District.

Feb. 22, 1994.

Lawrence R. Magee, Kansas City, for appellant.

Thomas M. Shea, Moberly, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Appeal from judgment denying appellant's motion to set aside adoption.

Judgment affirmed pursuant to Rule 84.-16(b).